OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701  $ 000.27⁵
02 1W
0001401623 AUG. 07. 2015

**8/3/2015**
**ENDERLIN, EUGENE DALE.JR.    Tr. Ct. No. 1035438-A          WR-82,683-01**
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

EUGENE DALE ENDERLIN JR.
TDC # 1490997